
RECEIVED
IN LAKE CHARLES, LA
JAN 23 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| HENRY B. LOWE | CIVIL ACTION NO. 06-1803 |
| VS. | SECTION P |
| DET. J. FACIANE, B.P.S.O., ET AL. | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** petitioner's "Formal Complaint" and his "2nd Complaint," [doc. 1], his "Response to Memorandum Order," [doc. 4], his "Motion for Legal Forms," [doc. 5] and his "Response," [doc. 6] be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §1915A.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 23 day of Jan., 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE